MARC L. PINCKNEY, #127004
LAW OFFICE OF MARC L. PINCKNEY
8677 Villa La Jolla Drive, Ste. 230
La Jolla, California   92037
Telephone:  (858) 777-3090
Facsimile: (858) 777-3091

ATTORNEYS FOR PLAINTIFF
and CROSS-DEFENDANT FRED RUBIO

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SILICON VALLEY TELECOM EXCHANGE, LLC,<br><br>　　　　　Debtor.<br><br>_____<br><br>FRED RUBIO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CERULEAN GLOBAL SERVICES, LLC, et al.,<br><br>　　　　　Defendants.<br><br>_____<br><br>CERULEAN GLOBAL SERVICE, LLC,<br><br>　　　　　Counter-Plaintiff/Third Party Plaintiff,<br><br>v.<br><br>FRED RUBIO, et al.,<br><br>　　　　　Cross-Defendant and Third Party Defendants. | Case No. 14-52449 MEH<br><br>CHAPTER 11<br><br><br><br>Adversary Proceeding<br><br>Case No.  16-05034<br><br>**DECLARATION OF KAREN RUBIO IN SUPPORT REPLY BRIEF FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Date: November 21, 2016**<br>**Time: 11:00 a.m.**<br>**Courtroom: 3020**<br>**Judge: Hon. M. Elaine Hammond** |

I, KAREN RUBIO, declare as follows:

1. I am over the age of eighteen (18) and have personal knowledge of the facts set forth herein and would and could testify thereto if called as a witness.

2. Plaintiff and Counter-Defendant Fred Rubio is my husband.

3. I am the bookkeeper for Silicon Valley Telecom & Internet Exchange, LLC ("SVTIX") and have been the bookkeeper since 2009. My responsibilities as the bookkeeper include maintaining the books and records for SVTIX, invoicing SVTIX customers, keeping track of incoming bills and expenses, and recording SVTIX's payment of bills and expenses.

4. I have been the bookkeeper for RAIX, LLC ("RAIX") since its formation. My responsibilities as the bookkeeper include maintaining the books and records for RAIX, invoicing RAIX customers, keeping track of incoming bills and expenses, and recording RAIX's payment of bills and expenses.

5. My husband Fred Rubio has also attempted to develop new business opportunities and I have provided bookkeeping services for these new business opportunities. My responsibilities as the bookkeeper include maintaining the books and record for these business ventures, keeping track of incoming bills and expenses, and recording payment of bills and expenses.

6. Attached hereto as Exhibit 1 is a true and correct copy of Fred and Karen Rubio's credit card statement which reflects purchases of equipment for one of Fred Rubio's business ventures. Personal information, account numbers, and irrelevant charges have been redacted.

7. Attached hereto as Exhibit 2 is a true and correct copy of an invoice from Hula Networks which reflects purchases of equipment for one of Fred Rubio's business ventures.

8. Attached hereto as Exhibit 3 is a true and correct copy of an asset purchase agreement between RAIX and Crescendant Global Networks, Inc. reflecting RAIX purchase of assets from Crescendant Global Networks, Inc.

9. Attached hereto as Exhibit 4 is a true and correct copy of a Hula Networks invoice which reflects purchases of equipment for one of Fred Rubio's business ventures, In2itive.

10. Attached hereto as Exhibit 5 is a true and correct copy of a Unix Surplus invoice which reflects the purchases of equipment by one of Fred Rubio's business ventures, In2itive, though

the invoice incorrectly identifies RAIX as the purchaser.

11. Attached hereto as Exhibit 6 is a true and correct copy of a JAF International invoice which reflects the purchases of equipment by one of Fred Rubio's business ventures, In2itive.

12. Attached hereto as Exhibit 7 is a true and correct copy of a DCS Manage.com invoice which reflects the purchases of equipment by RAIX.

13. I have reviewed the declaration of Robert Taylor in Opposition to Fred Rubio's Motion for Partial Summary Judgment and reviewed, in particular, Exhibits C and D which are emails I drafted. I wrote both emails for the purpose of directing former SVTIX and RAIX customers to Cerulean as a "new company [that] is providing service at 250 Stockton Avenue, San Jose." While the emails state that RAIX and SVTIX sold their business, I did not intend to make a legal statement that RAIX and SVTIX sold all their assets to Cerulean but just to convey that RAIX and SVTIX were no longer providing colocation services at 250 Stockton Avenue without getting into a lengthy explanation of the agreement entered into between Cerulean, RAIX and SVTIX at the hearing of the Trustee's motion to sell SVTX's leasehold interests and assets to Cerulean.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on November 14, 2016, at Los Gatos, California.

/s/Karen Rubio
Karen Rubio

---

Declaration of Karen Rubio in Support of Motion for Partial Summary Judgment

3

Case: 16-05034   Doc# 47-1   Filed: 11/15/16   Entered: 11/15/16 00:32:08   Page 3 of 3