```
 1  MARC L. PINCKNEY, #127004
    LAW OFFICE OF MARC L. PINCKNEY
 2  8677 Villa La Jolla Drive, Ste. 230
    La Jolla, California  92037
 3  Telephone:  (858) 777-3090
    Facsimile: (858) 777-3091
 4
    ATTORNEYS FOR PLAINTIFF
 5  and CROSS-DEFENDANT FRED RUBIO
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SILICON VALLEY TELECOM EXCHANGE, LLC,<br><br>      Debtor. | Case No. 14-52449 MEH<br><br>CHAPTER 11 |
| FRED RUBIO,<br><br>      Plaintiff,<br><br>v.<br><br>CERULEAN GLOBAL SERVICES, LLC, et al.,<br><br>      Defendants. | Adversary Proceeding<br><br>Case No.  16-05034<br><br>**DECLARATION OF KAREN RUBIO IN OPPOSITION TO CERULEAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br>**Date: February 6, 2017**<br>**Time: 11:00 a.m.**<br>**Courtroom: 3020**<br>**Judge: Hon. M. Elaine Hammond** |
| CERULEAN GLOBAL SERVICE, LLC,<br><br>      Counter-Plaintiff/Third Party Plaintiff,<br><br>v.<br><br>FRED RUBIO, et al.,<br><br>      Cross-Defendant and Third Party Defendants. | |

Declaration of Karen Rubio in Opposition to Cerulean's Motion for Partial Summary Judgment

I, KAREN RUBIO, declare as follows:

1. I am over the age of eighteen (18) and have personal knowledge of the facts set forth herein and would and could testify thereto if called as a witness.

2. Plaintiff and Counter-Defendant Fred Rubio is my husband.

3. I am the bookkeeper for Silicon Valley Telecom & Internet Exchange, LLC ("SVTIX"). My responsibilities as the bookkeeper include maintaining the books and records for SVTIX, invoicing SVTIX customers, keeping track of incoming bills and expenses, and recording SVTIX's payment of bills and expenses.

4. I have been the bookkeeper for RAIX, LLC ("RAIX") since its formation. My responsibilities as the bookkeeper include maintaining the books and records for RAIX, invoicing RAIX customers, keeping track of incoming bills and expenses, and recording RAIX's payment of bills and expenses.

5. I have reviewed the declaration of Robert Taylor in Opposition to Fred Rubio's Motion for Partial Summary Judgment and reviewed, in particular, Exhibits C and D which are emails I drafted. I wrote both emails for the purpose of directing former SVTIX and RAIX customers to Cerulean as a "new company [that] is providing service at 250 Stockton Avenue, San Jose." While the emails state that RAIX and SVTIX sold their business, I did not intend to make a legal statement that RAIX and SVTIX sold all their assets to Cerulean but just to convey that RAIX and SVTIX were no longer providing colocation services at 250 Stockton Avenue without getting into a lengthy explanation of the agreement entered into between Cerulean, RAIX and SVTIX at the hearing of the Trustee's motion to sell SVTX's leasehold interests and assets to Cerulean.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on January 23, 2017, at Los Gatos, California.

/s/Karen Rubio
Karen Rubio

Declaration of Karen Rubio in Opposition to Cerulean's Motion for Partial Summary Judgment

2